UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. GILMORE,<br><br>        Plaintiff,<br><br>    v.<br><br>WILSHIRE QUINN CAPITAL INC,<br><br>        Defendant. | Case No.  23-cv-01640-SK<br><br>**ORDER TO SHOW CAUSE** |

This matter is currently scheduled for a hearing on Defendant's motion to strike.  (Dkt. No. 48.)  Plaintiff, who is proceeding without an attorney, failed to file a response to the motion by the May 20, 2024 due date.  Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE as to why the Court should not dismiss the case for lack of prosecution or grant Defendant's motion unopposed.  Plaintiff's response to this Order to Show Cause is due no later than June 24, 2024.

If Plaintiff seeks to file an untimely opposition brief, Plaintiff must submit a request to do so showing good cause for the failure to comply with the deadline required by the Local Rules, and he must submit the proposed opposition brief with the request.  If Plaintiff fails to file a response to this Order to Show Cause by June 24, 2024, the Court will dismiss this case, without prejudice, with no further notice to Plaintiff.  In light of the forgoing, the Court hereby continues the hearing on the motion to strike to July 15, 2024, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: June 10, 2024

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge