UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. GILMORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILSHIRE QUINN CAPITAL INC,<br><br>　　　　Defendant. | Case No. 23-cv-01640-SK<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Following four motions to dismiss, Plaintiff Kevin E. Gilmore, who is proceeding without an attorney, filed his fourth amended complaint on April 29, 2024. (Dkt. No. 47.)[1] In response, Defendant Wilshire Quinn Capital Inc. filed a motion to strike certain substantive portions of that complaint. (Dkt. No. 48.) Plaintiff failed to respond to the motion. The Court issued an Order to Show Cause, giving Plaintiff through June 24, 2024, to show cause as to why this case should not be dismissed without prejudice for failure to prosecute. (Dkt. No. 50.) As of the date of this Order, Plaintiff has again failed to respond.

In light of the foregoing, the Court hereby DISMISSES this case WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(b). The Clerk is directed to terminate the motion to strike as moot (Dkt. No. 48) and close this case.

**IT IS SO ORDERED**.

Dated: July 1, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] All parties have consented to the jurisdiction of a federal magistrate judge. (Dkt. Nos. 4, 7.)